Matt Valenti, Esq., (SBN 253978)
VALENTI LAW APC
Mail: PO Box 712533
San Diego, CA 92171-2533
Phone: (619) 540-2189
E-mail: mattvalenti@valentilawapc.com

Attorney for Plaintiff
RAUL URIARTE-LIMON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON | Case No.: CV 20-7425 MWF (JCx) |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(i)** |
| vs. | |
| BENJAMIN HOTTINGER, an individual dba HOTTINGERS FAMILY MEATS and as Trustee of the HOTTINGER, BENJAMIN LOUIS AND BELVA R TRUST; and DOES 1-10 | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Raul Uriarte-Limon voluntarily dismisses this action with prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED: November 11, 2020                    VALENTI LAW APC

                                             By: */s/ Matt Valenti*
                                             Matt Valenti, Esq.
                                             Attorney for Plaintiff